UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Mark Breiner DDS, LLC and EmSculpt of CT, L.L.C. | : : | |
| Plaintiff, | : : | Case No.: 3:24-cv-01002 |
| v. | : : | |
| BTL Industries, Inc. | : | |
| Defendant. | : | June 27, 2024 |

**AMENDED**
**MOTION TO EXTEND TIME**

Plaintiffs, Mark Breiner DDS, LLC and EmSculpt of CT, L.L.C. hereby move for an extension of time for an additional twenty-one (21) days from the current deadline to respond to the Defendant's Motion to Dismiss and for other relief. The Plaintiffs initially filed suit in the Connecticut Superior Court, the Defendant removed it to this Court and then moved to dismiss, to transfer and for a more specific statement on June 14, 2024 [Doc No. 16]. Additional time is needed to respond to the arguments made under Federal law.

This case was recently filed and will not be unduly delayed.

The Defendant consents to the relief sought in this motion. This is the first extension sought in this case.

WHEREFORE, the undersigned Plaintiffs move for an extension of time for an additional twenty-one (21) days to July 26, 2024 to respond to the motion to dismiss.

        PLAINTIFFS,
        MARK BREINER DDS, LLC and EMSCULPT
        OF CT, L.L.C.


BY:   */s/ James M. Nugent*
        James M. Nugent   ct08822
        Harlow, Adams & Friedman, P.C.
        One New Haven Avenue, Suite 100
        Milford, CT 06460
        Tele No. (203)878-0661
        Fax No. (203)878-9568
        jmn@quidproquo.com

## **CERTIFICATION**

    I hereby certify that on June 27, 2024 a copy of foregoing was filed electronically and served to all parties through the Court's electronic filing system.

                                                         /s/ James M. Nugent
                                                         James M. Nugent